Argued and submitted May 21, Eastern Oregon University, La Grande, affirmed July 10, petition for review denied October 1, 2002 (334 Or 693)

RON CULLEY,
*Appellant,*

*v.*

Robert LAMPERT,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

99-06-30604M; A112981

49 P3d 116

Steven M. Stoddard filed the brief for appellant.

Kaye E. McDonald, Assistant Attorney General, argued the cause for respondent. On the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General, and Jennifer S. Lloyd, Assistant Attorney General.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

Affirmed. *Hindman v. Lampert*, 182 Or App 539, 49 P3d 116 (2002).